IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGINALD A. OWENS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-287-MEF |
| | ) | |
| WILLIAM MILLER, *et al.*, | ) | (WO- Do Not Publish) |
| | ) | |
| DEFENDANTS. | ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order issued in open court on this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of Defendants and against Plaintiff Reginald Owens, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED against Plaintiff Reginald Owens, for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 11th day of June, 2008.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE